# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR277 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SHAWN D. QUINN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the unopposed Defendant's motion to amend special conditions of supervision (Filing No. 34).

IT IS ORDERED:

1. The Defendant's Motion to amend special conditions of supervision (Filing No. 34) is granted;

2. The language in paragraph 3 of the special conditions of supervision in the Judgment and Commitment order (Filing No. 27) shall be amended to read as follows: "The Defendant shall not reside with children under the age of 18, except his own children, unless approved in advance and in writing by the probation officer in consultation with the treatment providers;" and

3. An Amended Judgment will be filed including the language in paragraph (2) above.

DATED this 24th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge